**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**ANDRE JACKSON**
**ADC #163842** **PLAINTIFF**

**v.** **CASE NO. 2:26-CV-00129-BSM-JJV**

**CHRISTINA WOODS, *et al.*** **DEFENDANTS**

**ORDER**

United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 4] is adopted. Andre Jackson may proceed on his inadequate medical care claims against Christina Woods, Sharon Young, and Connie Hubbard. Jackson's remaining claims and defendant Kimberly Snow are dismissed without prejudice. The clerk is directed to terminate Snow as a defendant. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 16th day of November, 2026.

UNITED STATES DISTRICT JUDGE