**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**ANDRE JACKSON**
**ADC #163842** **PLAINTIFF**

**v.** **CASE NO. 2:26-CV-00129-BSM**

**CHRISTINA WOODS, *et al.*** **DEFENDANTS**

**ORDER**

After a *de novo* review, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 15] is adopted. Defendants' motion for summary judgment [Doc. No. 9] is granted and Andre Jackson's claims are dismissed without prejudice. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 18th day of November, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE