**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**ANDRE JACKSON**
**ADC #163842** **PLAINTIFF**

**v.** **CASE NO. 2:26-CV-00129-BSM**

**CHRISTINA WOODS, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of November, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE